UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024
```

UNITED STATES OF AMERICA,

                        Plaintiff,

-v-

EZ LYNK SEZC, BRADLEY GINTZ,
PRESTIGE WORLDWIDE SEZC, and
THOMAS WOOD,

                        Defendants.

No. 21-cv-1986 (MKV)

JUDGMENT

<u>MARY KAY VYSKOCIL</u>, District Judge:

    Whereas the government initiated this action against Defendants by filing the Complaint [ECF No. 1] asserting claims for (1) violation of Section 203 of the Clean Air Act, 42 U.S.C. § 7522(a)(3)(B), and (2) violation of Section 208(a) of the Clean Air Act, 42 U.S.C. § 7542(a);

    Whereas the Court issued an Opinion & Order in which it ruled, in pertinent part, that Defendants are immune, pursuant to Section 230 of the Communications Decency Act of 1996, from civil liability for violation of Section 203 of the Clean Air Act [ECF No. 68];

    Whereas the government voluntarily dismissed its claim for violation of Section 208(a) of the Clean Air Act [ECF No. 77];

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed in its entirety. The Clerk of Court respectfully is requested to enter final judgment in favor of Defendants and to close this case.

**SO ORDERED.**

**Date: July 11, 2024**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**