

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

By electronic filing                                              April 22, 2025

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. EZ Lynk*, No. 24-2386
             Oral argument to be held April 29, 2025

Dear Ms. Wolfe:

      Plaintiff-appellant (the "government") respectfully writes, pursuant to Rule 28(j), to inform the Court of the Supreme Court's decision in *Cunningham v. Cornell University*, No. 23-1007, 2025 WL 1128943 (U.S. April 17, 2025). In *Cunningham*, the Court again stated that "an 'affirmative defense' is 'not something the plaintiff must anticipate and negate in her pleading.' " *Id*. at *5 (quoting *Perry v. Merit Systems Protection Bd.*, 582 U.S. 420, 435, n. 9; citing Fed. R. Civ. P. 8(c)); *accord id.* at *8 (Alito, J., concurring) ("[I]t is black letter law that a plaintiff need not plead affirmative defenses. . . . [I]t would make no sense to require a complaint to anticipate and attempt to refute all the affirmative defenses that a defendant might raise."). *See* Gov't Br. 21–24, 36–37; Gov't Reply Br. 4–5.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney

                  By:    /s/ Benjamin H. Torrance
                          BENJAMIN H. TORRANCE
                          Assistant United States Attorneys
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Tel.:  (212) 637-2703
                          E-mail:   benjamin.torrance@usdoj.gov

cc: Counsel of record (via electronic filing)